05-40013 FDS

Albert S. Van Orman, plaintiff
v.
Joseph McCarthy, defendant A
Paul S. Waickowski, defendant B

Civil Action No.

### Parties

1. The plaintiff is now incarcerated in the Worcester County House of Correction and Jail.

2. The defendants are public servants who are employed in Worcester County, state of Massachusetts and are citizens of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to Title 28 United States Code §§ 1332.

### Facts

4. On or about, the thirteenth day of November two thousand one, the plaintiff who was unemployed at the time, had his wife and two children visiting from their second home in New York state.

On or about 1 o'clock p.m. on this day, the plaintiff's wife and two children left in an automobile on a trip back to New York state after a wellness visit at the University of Massachusetts Medical Center located in Shrewsbury, Massachusetts.

1 of 6

5. On or about 11 o'clock on the thirteenth day of November two thousand one, the plaintiff's wife initiated a quasi-judicial, ex-parte proceeding in the District Court of the said Town of Westborough, Massachusetts. The plaintiff, unaware of any criminal wrongdoing was being perjured for the express purpose of obtaining a restraining order against the plaintiff.

6. While the plaintiff was so engaged at his home in Shrewsbury, Massachusetts, the defendant A, without any warrant or authority of law, wrongfully, unlawfully, against the plaintiff's wish, <u>without</u> probable cause, arrested the plaintiff for allegedly assaulting the defendant A. This was during the defendant A's service of said granted restraining order.

7. The defendant A, wrongfully, unlawfully, and maliciously abused the plaintiff and after doing so, the plaintiff under restraint and above normal duress, remanded him to, and confined him to the Town of Shrewsbury, Massachusetts police station.

8. Shortly after said imprisonment and on the evening of said thirteenth day of November two thousand one, the defendant A, and his

8 cont. partner, the only members observed in said police station at the time, refused to set plaintiff at liberty, but wrongfully and unlawfully, detained said plaintiff and continued the imprisonment of plaintiff in the manner and place aforesaid.

9. The plaintiff remained under arrest until about nine o'clock a.m. of the fourteenth day of November two thousand one. The plaintiff was transported by van to the District Court of the said Town of Westborough to be arraigned. The plaintiff was assigned a court appointed attorney who questioned him briefly in the holding cell. The plaintiff was arraigned and remanded to the Worcester County House of Correction.

10. Thereafter, and on or about the fourth day of December two thousand one, the said action came on for a pre-trial hearing before Mr. Justice Pauls Waickowski and after a lengthy (approx. 2 hrs.) open display of the plaintiffs adamance towards any type of plea deal other than a dismissal of charges or a trial by jury. After open court discussions with his assigned attorney, signed a form admitting guilt. This was done under duress and direct disregard of the plaintiffs wishes,

3 of 6

10 cont. By reason of the plaintiffs denial to Due Process, Right to a fair trial as provided for by the United States Constitution; despite his denial of the charges against him, Right to confront his accuser, with no evidence or open statement by the arresting officer, the plaintiff was found guilty of all brought forth charges (Assault and Battery of a Police Officer, Resisting Arrest, and Disorderly Person, See Exhibit A) with not even a plea agreement of aforesaid charges.

11. In light of the plaintiffs solid work experience, lack of criminal history, the state of Massachusetts sentencing guidelines, the plaintiff was placed on one years' straight probation by said Judge Paul S. Waickowski (Defendant B).

12. Thereafter, on the fourth day of December two thousand one, a probation order with no judicial intervention was generated. The order stated unreasonable conditions which would make the plaintiffs chance of a sucessful probation, impossible. Cite People vs Brown 177 A.D. 2d 981, 578 N.Y.S. 2d 3 (4th Department 1991).

13. On or about the fifth day of December two thousand one, the plaintiff was informed on the previous day to come back to the District Court of said Town of Westborough for an Involuntary Commitment hearing (Sec. 123 M.G.L.). This hearing was held without probable cause, was maliciously ordered by parties unknown to the plaintiff. Again the plaintiff was denied his Right to confront his accuser.

14. On or about the twenty first day of October, two thousand two, the plaintiffs probation for several alleged technical violations. The plaintiffs "full hearing" allowed an unfamiliar justice (Honorable Justice J. Curran) to invoke a new sentence in lieu of a guilty finding of probation violations. The alleged technical probation violations supported the justice to reopen the case and invoke a sentence within the statutory provisions of any of the three guilty findings of the original criminal charges. (Cite state of Massachusetts Supreme Judicial Court adoption of Proceedings on Probation Violation Hearings, Rule 7, Massachusetts Criminal Practice).

Wherefore, the plaintiff demands judgement against the defendants for damages, relief from custody and such other relief as the court deems just.

Respectfully submitted,

Albert S. V. Jr
Albert S Van Orman, Pro Se
Inmate ID 27844

# NOTICE OF ASSIGNMENT OF COUNSEL

**ASSIGNMENT NUMBER:** C 855582-3

**COMMONWEALTH OF MASSACHUSETTS**

☐ JURY SESSION (Check Here)

**DATE OF ASSIGNMENT:** [illegible handwritten]

**NAME OF ASSIGNING JUDGE:** Paul S. Waickowski, First Justice

**COURT DIVISION:**
#547
WESTBOROUGH DISTRICT COURT
175 MILK STREET, BOX 1449
WESTBOROUGH, MA 01581

**NAME OF PERSON FOR WHOM COUNSEL ASSIGNED:** Albert VanOrman, Mayflower Motel, Lenox, MA 01245

☐ Juvenile (J)  ☐ Adult (A)   Language if not English _____

| DOCKET NO. | OFFENSE CODE | CHAPTER | SECTION | CHARGE |
|---|---|---|---|---|
| A 0167 CR 2327 | | 265 | 13D | Assault and Battery on P.O. |
| B | | 268 | 32B | Resist Arrest |
| C | | 272 | 53 | Disorderly Person |
| D | | | | |
| E | | | | |
| F | | | | |

## NON-CRIMINAL CASES

☐ 1001 c.119, §§23(C), 29
☐ 1002 c.210, §3/DPW v.JKB
☐ 1003 Civil Commit c.123, §7, 8
☐ 1017 Writ of Apprehension c.123, §12(e)
☐ 1018 Commitment of Alcoholics c.123, §35
☐ 1019 Commitment/Guardianship of Mentally Retarded Persons c.201,§6A
☐ 1004 Commitment Review
☐ 1005 c.112, §12S
☐ 1026 Commitment Appeal c. 123, §9(a)
☐ 1007 SDP Review (c. 123A, §9)
☐ 1008 CHINS (c.119, §39F)
☐ 1009 Rogers
☐ 1010 Spring/Saikewicz
☐ 1011 Probate Crim. Contempt
☐ 1012 Housing Contempt
☐ 1013 Foster Care Review
☐ 1014 Elderly Abuse
☐ 1015 c. 201, §5, 14 Guardianship
☐ 1016 C&P (c.119, §§24, 29)
☐ 1020 Disabled Persons (c.19C, §7) Petition for Protective Services

THIS FORM IS NOT FOR GUARDIAN AD LITEM ASSIGNMENTS

**NEXT COURT DATE:** 3/10/04

**FOR:**
☐ Bench or Jury Trial (T)
☐ Probable Cause (C)
☐ Pre-Trial (P)
☒ Other (O)

**INCARCERATION STATUS:**
☐ Released
☐ Not Released
☐ Bail $ _____ No Bail _____
☐ Serving Other Sentence
☐ Committed
☐ Not Applicable

## POST-TRIAL CRIMINAL CASES ONLY — PURPOSE OF ASSIGNMENT

☐ Appeals Court or SJC (A)
☐ Sentence Appeal (S)
☐ Probation Surrender (P)
☐ Revise and Revoke (R)
☐ New Trial Motion (N)
☐ Other (O)

## INDIGENCY DETERMINATION

The court has found the above-named person
☐ Indigent   or   ☐ Indigent but able to contribute $ _____

The attorney or organization listed below is assigned to represent this person in this action

### CHECK ONE OF THE FOLLOWING:

☒ Public Defender Division
Local Office # 10
(See reverse side for address and telephone number.)

☐ Student Attorney under Rule 3:03

☐ Attorney to be named by CPCS for Appeals Court/SJC/Murder Cases/Rule 30 Motions/SDP Send to: CPCS, 44 Bromfield Street, Boston, MA 02108

☐ [struck through] Attorney   BBO# _____
PLEASE PRINT                   REQUIRED

NAME  FIRST  MIDDLE  LAST
STREET
CITY
STATE  ZIP
TELEPHONE

CRIMINAL CASE INFORMATION CONTACT: BAR ADVOCATE PROGRAM NO. 13
(SEE REVERSE SIDE FOR ADDRESS AND TELEPHONE NUMBER.)

AUTHORIZED SIGNATURE: [signed]
PRINT NAME: Paul S. Waickowski, First Justice

☐ Assignment For Purpose of Bail Hearing, Bail Review or Arraignment Only

## INSTRUCTIONS TO THE COURT

1. Forward white copy to Committee for Public Counsel Services, 44 Bromfield Street, Boston, MA 02108
2. Retain green copy for court file.
3. Remaining copies are color coded as follows: pink—client, blue—bar advocate program, goldenrod—attorney.

PC-1 (Rev. 1/98)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**04-40095**

**I. (a) PLAINTIFFS**
Albert S. Van Orman

**DEFENDANTS**
Joseph McCarthy,
P.O. ~~Mas 2 8 2004~~ Piotrkonski,
~~U.S. DISTRICT COURT DISTRICT OF MA~~

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)
(only during incarceration)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
N/A

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | [X] 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | [X] 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

CONTRACT: 110 Insurance, 120 Marine, 130 Miller Act, 140 Negotiable Instrument, 150 Recovery of Overpayment & Enforcement of Judgment, 151 Medicare Act, 152 Recovery of Defaulted Student Loans (Excl. Veterans), 153 Recovery of Overpayment of Veteran's Benefits, 160 Stockholders' Suits, 190 Other Contract, 195 Contract Product Liability

TORTS - PERSONAL INJURY: 310 Airplane, 315 Airplane Product Liability, 320 Assault, Libel & Slander, 330 Federal Employers' Liability, 340 Marine, 345 Marine Product Liability, 350 Motor Vehicle, 355 Motor Vehicle Product Liability, 360 Other Personal Injury

PERSONAL INJURY: 362 Personal Injury — Med. Malpractice, 365 Personal Injury — Product Liability, 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY: 370 Other Fraud, 371 Truth in Lending, 380 Other Personal Property Damage, 385 Property Damage Product Liability

FORFEITURE/PENALTY: 610 Agriculture, 620 Other Food & Drug, 625 Drug Related Seizure of Property 21 USC 881, 630 Liquor Laws, 640 R.R. & Truck, 650 Airline Regs., 660 Occupational Safety/Health, 690 Other

LABOR: 710 Fair Labor Standards Act, 720 Labor/Mgmt. Relations, 730 Labor/Mgmt. Reporting & Disclosure Act, 740 Railway Labor Act, 790 Other Labor Litigation, 791 Empl. Ret. Inc. Security Act

BANKRUPTCY: 422 Appeal 28 USC 158, 423 Withdrawal 28 USC 157

PROPERTY RIGHTS: 820 Copyrights, 830 Patent, 840 Trademark

SOCIAL SECURITY: 861 HIA (1395ff), 862 Black Lung (923), 863 DIWC/DIWW (405(g)), 864 SSID Title XVI, 865 RSI (405(g))

FEDERAL TAX SUITS: 870 Taxes (U.S. Plaintiff or Defendant), 871 IRS — Third Party 26 USC 7609

OTHER STATUTES: 400 State Reapportionment, 410 Antitrust, 430 Banks and Banking, 450 Commerce/ICC Rates/etc., 460 Deportation, 470 Racketeer Influenced and Corrupt Organizations, 810 Selective Service, 850 Securities/Commodities/Exchange, 875 Customer Challenge 12 USC 3410, 891 Agricultural Acts, 892 Economic Stabilization Act, 893 Environmental Matters, 894 Energy Allocation Act, 895 Freedom of Information Act, 900 Appeal of Fee Determination Under Equal Access to Justice, 950 Constitutionality of State Statutes, 890 Other Statutory Actions

REAL PROPERTY: 210 Land Condemnation, 220 Foreclosure, 230 Rent Lease & Ejectment, 240 Torts to Land, 245 Tort Product Liability, 290 All Other Real Property

CIVIL RIGHTS: 441 Voting, 442 Employment, 443 Housing/Accommodations, 444 Welfare, [X] 440 Other Civil Rights

PRISONER PETITIONS: 510 Motions to Vacate Sentence; HABEAS CORPUS: [X] 530 General, 535 Death Penalty, 540 Mandamus & Other, 550 Civil Rights, 555 Prison Condition

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- 1 Original Proceeding
- [X] 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

False Arrest, False Imprisonment, Probable Cause, Due Process, Rights to confront accusers

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint: JURY DEMAND: YES  NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-40093

APPENDIX C LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) VanOrman vs. McCarthy, Wacikowski,

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    — I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
           *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    — III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    — IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    — V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

    YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

    YES ☐    NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

    YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

    YES ☐    NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

    YES ☐    NO ☒

    A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
       EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

    B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
       EASTERN DIVISION ☐    CENTRAL DIVISION ☒    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(AppendixC.wpd - 11/27/00)