UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Van Orman,**
       **Plaintiff,**

                                    CIVIL ACTION

       **V.**
                                    NO. **05-40013-NMG**

**McCarthy,**
       **Defendants,**

ORDER OF DISMISSAL

**Gorton, D. J.**

In accordance with the Court's Order dated **2/18/05**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                    By the Court,

  **3/7/05**                        **/s/ Martin Castles**
   Date                             Deputy Clerk

(Dismmemo.ord - 09/92)                                    [odism.]